UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| HAZEL P. MCLEOD and LARRY MCLEOD,<br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>Defendant. | §<br>§<br>§<br>§<br>§  No. SA-06-CA-0017- RF<br>§<br>§<br>§<br>§<br>§<br>§ |

## ORDER DENYING DEFENDANT'S MOTION TO RECONSIDER PRIOR MOTION TO COMPEL PHYSICAL AND MENTAL EXAMINATION OF PLAINTIFF HAZEL MCLEOD

BEFORE THE COURT are Defendant's Motion to Reconsider Prior Motion to Compel Physical and Mental Examination of Plaintiff Hazel McLeod (Docket No. 66), filed November 21, 2008; Plaintiff's Response (Docket No. 67), filed December 1, 2008; Defendant's Reply (Docket No. 68), filed December 3, 2008; and Defendant's Amended Reply (Docket No. 69), filed December 4, 2008.

On November 7, 2008, the Court heard extensive argument and testimony regarding Defendant's Motion to Compel Physical and Mental Examination of Hazel McLeod. On November 19, the Court issued an Order denying the physical and mental examinations requested by Defendant. For the reasons stated in the Court's previous Order Denying Defendant's Motion to Compel the Physical and Mental

Examination of Hazel McLeod (Docket No. 65), the Court finds that Defendant's Motion to Reconsider (Docket No. 66) should be DENIED.

Signed this 18th day of December, 2008.

_____
ROYAL FURGESON
UNITED STATES DISTRICT JUDGE